[No. 14235-0-II.   Division Two.   October 26, 1992.]

M. KENNETH HOEFNER, *Appellant*, v. MASON COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-2-00196-6, William J. Kamps, J., entered August 13, 1990. *Affirmed* by unpublished opinion per Steiner, J. Pro Tem., concurred in by Morgan, A.C.J., and Green, J. Pro Tem.

[No. 28259-0-I.   Division One.   October 26, 1992.]

STB, INC., *Appellant*, v. JAMES P. REED, ET AL, *Respondents*.

RICHARD LLEWELYN JONES, *Respondent*, v. MAAS & ASSOCIATES, P.S., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-00815-1, Sally Pasette, J., entered March 11, 1991. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Coleman, JJ.

[No. 26706-0-I.   Division One.   October 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDA MARIE BOSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 87-1-00304-6, Charles R. Snyder, J. Pro Tem., entered August 3, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Webster and Forrest, JJ.